# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

**v.**                                                        **Case No: 6:22-cv-2088-PGB-LHP**

**STAPLES THE OFFICE**
**SUPERSTORE, LLC,**

      **Defendant.**

_____/

## **ORDER**

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed January 23, 2023. (Doc. 13). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Staples the Office Superstore, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 30, 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties

Case 6:22-cv-02088-PGB-LHP   Document 14   Filed 01/30/23   Page 2 of 2 PageID 86